UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Debra Rose McMurray,                )
               Plaintiff,            )
                                     )
   v.                               )            **JUDGMENT**
                                     )
United States of America,           )            No. 4:12-CV-86-D
               Defendant.           )
                                     )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's motion for summary judgment is GRANTED and plaintiff's motion for oral argument is DENIED. The clerk shall close the case.

**This judgment filed and entered on December 13, 2012, and served on:**

Mark A. Sternlicht (Via CM/ECF Notice of Electronic Filing)
Hal W. Broadfoot, Jr. (Via CM/ECF Notice of Electronic Filing)
Joshua B. Royster (Via CM/ECF Notice of Electronic Filing)

December 13, 2012                              /s/ Julie A. Richards,
                                                                  Clerk of Court